Rudy Menendez                12-05-17
Case # 16-24168

Your Honor: Emergency Hearing For
             A Discharge.

I am a disabled veteran with 2
honorable discharges. I am a single
parent to a 13 year old honor student.
I have been hired by Home Depot to
be a window installer. I can't work
because my bankruptcy case is still
open. I am paying $350 a week
in Workman's comp and am running
out of money. My situation is so
desparate that my son is staying
with his mother to keep my overhead
down. I settled my case with
the trustee and creditor by writing a
check for $35,000. I am asking
for an emergency meeting to
          turn to the back →

close my case as soon as possible. Can someone please help me. I feel helpless and don't know what to do. My attorney does't care and I feel this is my only choice.

My attorney said he will withdraw from the case if I write a letter to the judge but I feel I have no choice.

Rudy Menendez
R. om
305-785-7129